1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
                         AT SEATTLE
9

10   MICHELLE LYNN BURNELL,              CASE NO. C22-0265JLR

11                   Plaintiff,          ORDER
             v.
12
     LEWIS BRISBOIS BISGAARD &
13   SMITH LLP, et al.,

14                   Defendants.

15
        Before the court is *pro se* Plaintiff Michelle Lynn Burnell's motion to appoint
16
counsel. (Mot. (Dkt. # 9); Am. Mot. (Dkt. # 7).) Ms. Burnell, who is proceeding *in*
17
*forma pauperis* ("IFP"), filed this action against Defendants Lewis Brisbois Bisgaard &
18
Smith LLP, Heather M. Jensen, and Anne Marie Hoovler (collectively, "Defendants") on
19
March 7, 2022. (IFP Mot. (Dkt. # 1); Order Granting IFP Status (Dkt. # 3); Compl. (Dkt.
20
# 4).) She brings claims for employment discrimination and retaliation under Title VII of
21
the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et. seq.*; the Americans with Disabilities
22

ORDER - 1

Act, 42 U.S.C. § 12101, *et seq.*; and the Washington Law Against Discrimination, RCW 49.60, *et seq.* (*See* Compl. at 2-5.[1])

This District has implemented a plan for court-appointed representation of civil rights litigants. The plan currently in effect requires the court to assess a plaintiff's case before forwarding it to a pro bono screening committee for further review and a possible appointment of pro bono counsel. *See* General Order No. 16-20, Section 3(c) (Dec. 8, 2020). The court assesses the plaintiff's case to determine that it is not frivolous and that the plaintiff is financially eligible. *Id.* Ms. Burnell's submissions satisfy the court that there is an adequate basis to refer her case to the Screening Committee.

Under Section 3(c) of the District's pro bono plan, the court DIRECTS the Clerk of the Court to forward Ms. Burnell's complaint (Dkt. # 4), the motion to appoint counsel (Dkt. # 9), the amended motion to appoint counsel (Dkt. # 7), and the pleadings and documents filed to date to the Screening Committee. *See* General Order No. 16-20, Section 3(c). The court ORDERS the Screening Committee to review the case and make a recommendation to the court in accordance with the pro bono plan and the rules for the pro bono panel on or before April 18, 2022. *See id.*, Section 3(d), (f). The Clerk shall RENOTE Ms. Burnell's motion to appoint counsel (Dkt. # 9) for April 18, 2022, pending the Screening Committee's recommendation as to whether the court should appoint counsel. *See id.*

//

---

[1] Ms. Burnell also suggests that she has a claim under 42 U.S.C. § 1983. (*See* Compl. at 2 (referencing Section 1983).)

1  Dated this 21st day of March, 2022.

_____
JAMES L. ROBART
United States District Judge