UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL,<br><br>  Plaintiff,<br><br>  v.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP, et al.,<br><br>  Defendants. | CASE NO. C22-0265JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Michelle Lynn Burnell's motion for an extension of time to provide records to the court and the Screening Committee of the Pro Bono Program for the Western District of Washington. (Mot. (Dkt. # 12).) On March 21, 2022, the court referred Ms. Burnell's motion for appointment of counsel (App. Mot. (Dkt. # 9)) to the Screening Committee and directed the Screening Committee to "make a recommendation to the court in accordance with the pro bono plan and the rules for the pro bono panel on or before April 18, 2022." (3/21/22 Order (Dkt. # 11) at 2.)

ORDER - 1

Ms. Burnell requests an extension of time, for an unspecified number of days, to submit additional documents related to her case to the Screening Committee. (Mot. at 2.) She alleges that the requested extension will allow her sufficient time to submit additional documents that will enable the Screening Committee to make an informed decision on their recommendation regarding appointment of counsel. (*Id.*) The court finds that Ms. Burnell has demonstrated good cause to extend the deadline for the Screening Committee to make its recommendation to the court. Accordingly, the court: (1) GRANTS Ms. Burnell's request for an extension of time to submit additional documents to the Screening Committee (Dkt. # 12); (2) ORDERS Ms. Burnell to submit any additional documents to the Screening Committee on or before May 13, 2022; (3) ORDERS the Screening Committee to complete its review of Ms. Burnell's case and make its recommendation to the court on or before May 27, 2022; (4) DIRECTS the Clerk to forward a copy of this order and Ms. Burnell's motion for an extension of time (Dkt. # 12) to the Screening Committee; and (5) DIRECTS the Clerk to renote Ms. Burnell's motion for appointment of counsel (Dkt. # 9) for May 27, 2022, pending the Screening Committee's recommendation as to whether the court should appoint counsel.

Dated this 14th day of April, 2022.

JAMES L. ROBART
United States District Judge