UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL,<br><br>            Plaintiff,<br>   v.<br><br>LEWIS BRISBOIS BISGAARD &<br>SMITH LLP, et al.,<br><br>            Defendants. | CASE NO. C22-0265JLR<br><br>ORDER |

Before the court is Plaintiff Michelle Lynn Burnell's motion for appointment of counsel.[1] (Mot. (Dkt. # 9); Am. Counsel Mot. (Dkt. # 7).) On March 21, 2022, pursuant to the Western District of Washington's plan for court-appointed representation, the court concluded that Ms. Burnell had demonstrated an adequate basis to refer her case to the Pro Bono Screening Committee. (*See* 3/21/22 Order (Dkt. # 11) (citing General Order No. 16-20, Section 3(c) (Dec. 8, 2020)).) The Screening Committee informed the court

---

[1] Ms. Burnell is proceeding *pro se* and *in forma pauperis*. (3/7/22 Order (Dkt. # 3).)

ORDER - 1

that the information it was provided—including, among other things, Ms. Burnell's complaint and EEOC file—is not sufficient to make a determination about whether counsel should be appointed in this matter.[2]

There is no constitutional right to counsel in a civil case. *Adir Int'l, LLC v. Starr Indem. & Liab. Co.*, 994 F.3d 1032, 1038-39 (9th Cir. 2021). Without the Screening Committee's recommendation to appoint counsel pursuant to this District's plan for court-appointed representation of civil rights litigants, the court declines to do so. Accordingly, the court DENIES Ms. Burnell's motion (Dkts. ## 7, 9).

The court emphasizes that Ms. Burnell is now responsible for pursuing this case without the assistance of counsel. Materials to assist *pro se* litigants are available on the United States District Court for the Western District of Washington's website. Although the court can afford some leeway to a *pro se* litigant, Ms. Burnell is responsible for complying with case deadlines, the Federal Rules of Civil Procedure, and the Western District of Washington's Local Rules, which can also be found on the Western District of Washington's website.

Dated this 31st day of May, 2022.

JAMES L. ROBART
United States District Judge

---

[2] Although Ms. Burnell stated in her complaint that she would file an amended complaint that more fully sets forth the facts underlying her claims (*see* Compl. (Dkt. # 4) at 4), she has not yet done so (*see generally* Dkt.).