UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL, *pro se*<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP, (a foreign limited liability partnership); and HEATHER M. JENSEN, MANAGING ATTORNEY, (in her individual capacity); and ANNE MARIE HOOVLER, PARTNER, (in her individual capacity).<br><br>　　　　　　　　Defendant(s). | CASE NO. 2:22-cv-00265-JLR<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND CASE CAPTION THEREFOR PROPERLY IDENTIFYING NAMED PARTIES AND FILE AMENDED COMPLAINT |

### **ORDER**

IT IS SO ORDERED, that Plaintiff's, MICHELLE LYNN BURNELL, *pro se*, ("PLAINTIFF") motion for leave to amend case caption therefor properly identifying named parties and file amended complaint on all Parties on or before 14 days from the Court's ORDER is hereby GRANTED.

DATED this 3rd day of JUNE, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JUDGE ROBART

[~~PROPOSED~~] ORDER ON PLAINTIFF'S EMERGENCY MOTION
1