UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL, *pro se* <br><br> Plaintiff, <br><br> v. <br><br> LEWIS BRISBOIS BISGAARD & SMITH LLP, (*a foreign limited liability partnership*); and HEATHER M. JENSEN, WSBA #29635 (*individual capacity; 42 U.S.C §1983*); and to ANNEMARIE MCDOWELL, WSBA#50470 (*individual capacity; 42 U.S.C §1983*). <br><br> Defendant(s). | CASE NO. 2:22-cv-00265-JLR <br><br> **[PROPOSED]** ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME ON COURT'S ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT <br><br> **JLR** |

### ORDER

IT IS SO ORDERED, that Plaintiff's, MICHELLE LYNN BURNELL, *pro se*, ("PLAINTIFF") motion for extension of time on court's order regarding initial disclosures and joint status report is hereby GRANTED. The court EXTENDS the dates for initial disclosures and submission of the Joint Status Report and Discovery Plan set forth in its June 1, 2022 order (Dkt. # 17) as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 6/22/2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 7/6/2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 7/13/2022 |

1    DATED this 15th day of June, 2022.

2

3

4                                                            _____
                                                             JAMES L. ROBART
5                                                            United States District Judge

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME ON
COURT'S ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT
2