UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL,<br><br>     Plaintiff,<br><br> v.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP, et al.,<br><br>     Defendants. | CASE NO. C22-0265JLR<br><br>ORDER |

  The court is in receipt of Defendants Lewis Brisbois Bisgaard & Smith LLP, Anne Marie Hoovler, and Heather M. Jensen's (collectively, "Defendants") response to Plaintiff Michelle Lynn Burnell's motion for an extension of time regarding the dates for initial disclosures and joint status report set forth in the court's June 1, 2022 order. (Resp. (Dkt. # 27); Mot. (Dkt. # 22); 6/1/22 Order (Dkt. # 17).)  In their response, Defendants ask the court to strike Ms. Burnell's motion because it was improperly noted under the court's Local Rules.  (*See* Resp. at 1.)  Although Defendants are correct that

ORDER - 1

Ms. Burnell's motion was improperly noted under Local Rule 7(d), *see* Local Rules W.D. Wash. LCR 7(d)(2), the court granted the motion based on its review of the motion, the record, and the upcoming deadlines (*see, e.g.*, 6/1/22 Order at 1 (listing the deadline for the FRCP 26(f) Conference as 6/15/22)).  (*See generally* 6/16/22 Order (Dkt. # 24).) Nothing in Defendants' response would alter that result.  Accordingly, the court declines to strike either Ms. Burnell's motion (Dkt. # 22) or its order granting Ms. Burnell's motion (Dkt. # 24).

Dated this 16th day of June, 2022.

JAMES L. ROBART
United States District Judge