UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL,<br><br>             Plaintiff,<br><br>    v.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP, et al.,<br><br>             Defendants. | CASE NO. C22-0265JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Michelle Lynn Burnell's emergency motion for an extension of time to file her amended complaint. (Mot. (Dkt. # 29).) On June 3, 2022, the court granted Ms. Burnell leave to file an amended complaint and ordered her to file it on or before June 17, 2022. (6/3/22 Order (Dkt. # 19).) In the instant motion, Ms. Burnell requests an extension of time to file her amended complaint because she has "been in a panic attack and under sever[e] stress mental[ly] and physically." (Mot. at 2; *id.*, Ex. 1 (attaching a letter from her physician regarding her physical and mental state).)

ORDER - 1

Accordingly, for good cause shown, the court GRANTS Ms. Burnell's motion (Dkt. # 29) and EXTENDS her deadline for filing her amended complaint to June 30, 2022. The court warns Ms. Burnell that it will not entertain any further requests for extensions with respect to the filing of her amended complaint.

Dated this 17th day of June, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2