UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL,<br><br>        Plaintiff,<br><br>    v.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP, et al.,<br><br>        Defendants. | CASE NO. C22-0265JLR<br><br>ORDER |

On September 20, 2023, *pro se* Plaintiff Michelle Lynn Burnell filed a second amended complaint.  (SAC (Dkt. # 61).)  Because the time has passed for amending her complaint as a matter of course, *see* Fed. R. Civ. P. 15(a)(1), Ms. Burnell may amend her "pleading only with the opposing party's written consent or the court's leave," Fed. R. Civ. P. 15(a)(2).  Ms. Burnell attached a stipulation to her second amended complaint, in which she indicates that Plaintiffs state that Defendants Lewis Brisbois Bisgaard & Smith LLP, Heather M. Jensen, and Annemarie McDowell (collectively, "Defendants")

ORDER - 1

"stipulate to leave to [a]mend." (Stip. (Dkt. # 61-1).) The stipulation, however, is not signed by Defendants' counsel and is therefore insufficient to establish Defendants' written consent. Accordingly, the court DIRECTS the Clerk to strike Ms. Burnell's second amended complaint (Dkt. # 61). If Ms. Burnell wishes to file a second amended complaint, she must first file either a stipulated motion signed by Defendants' counsel or a motion for leave to amend. *See* Fed. R. Civ. P. 15(a)(2) (amended pleadings); Local Rules W.D. Wash. LCR 10(g) (discussing stipulated motions), 15 (amended pleadings). Ms. Burnell must also ensure that her motion or stipulated motion for leave to amend, if any, conforms with Local Rule 15, which requires parties to "attach a copy of the proposed amended pleading as an exhibit" and "indicate on the proposed amended pleading how it differs from the pleading that it amends." Local Rules W.D. Wash. LCR 15.

Dated this 21st day of September, 2023.

JAMES L. ROBART
United States District Judge