UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| MICHELLE LYNN BURNELL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEWIS BRISBOIS BISGAARD &<br>SMITH LLP, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C22-0265JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Michelle Lynn Burnell's emergency motion for a temporary restraining order.  (Mot. (Dkt. # 64).)  Ms. Burnell did not file a proposed order "specifically setting forth the relief requested and describing in reasonable detail the act or acts to be restrained or required," as required by Local Civil Rule 65(b)(4).  *See* Local Rules W.D. Wash. LCR 65(b)(4).  The court ORDERS Ms. Burnell to file, **by 5:00**

MINUTE ORDER - 1

1  **p.m. PDT today, October 20, 2023**, a proposed order that complies with the Local Civil
2  Rules and to email a Word version of the same to robartorders@wawd.uscourts.gov.
3  This order does not extend Defendants' time to file its notice and response pursuant to
4  Local Civil Rule 65(b)(5).

      Filed and entered this 20th day of October, 2023.

                                    RAVI SUBRAMANIAN
                                    Clerk of Court

                                    s/ Ashleigh Drecktrah
                                    Deputy Clerk

MINUTE ORDER - 2