UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL, | CASE NO. C22-0265JLR |
| Plaintiff, | ORDER |
| v. | |
| LEWIS BRISBOIS BISGAARD & SMITH LLP, et al., | |
| Defendants. | |

Before the court is Plaintiff Michelle Lynn Burnell's second motion to appoint counsel. (Mot. (Dkt. # 60).) Ms. Burnell, who is proceeding *pro se* and *in forma pauperis*, seeks a court-appointed attorney. (*See generally* Mot.) On September 21, 2023, pursuant to the Western District of Washington's plan for court-appointed representation of civil rights litigants, the court concluded that Ms. Burnell had demonstrated an adequate basis to refer her case to the Screening Committee. (*See*

//

ORDER - 1

9/21/23 Order (Dkt. # 63) at 2 (citing General Order No. 16-20 (Dec. 8, 2020)).) The Screening Committee has recommended the appointment of counsel for limited purposes.

The court DIRECTS the Clerk to identify, by no later than December 15, 2023, counsel from the Pro Bono Panel who is willing to represent Ms. Burnell in this action for the limited purpose of preparing for and participating in alternative dispute resolution pursuant to Local Civil Rule 39.1 and General Order No. 16-20. *See generally* Local Rules W.D. Wash. LCR 39.1; General Order No. 16-20. If the Clerk timely identifies pro bono counsel, the court will issue an order of appointment. If the Clerk cannot within that timeframe locate counsel who is willing to represent Ms. Burnell on a pro bono basis, the court will be unable to appoint counsel. The court DIRECTS the Clerk to send a copy of this order to Ms. Burnell and to the Western District of Washington's Pro Bono Coordinator. The court also DIRECTS the Clerk to renote Ms. Burnell's second motion for appointment of counsel (Dkt. # 60) for December 15, 2023. Finally, the court DIRECTS the Clerk to remove Defendants' motion to compel (Dkt. # 67) from the court's motions calendar pending the Pro Bono Panel's response.

Dated this 7th day of November, 2023.

JAMES L. ROBART
United States District Judge