UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL,<br><br>     Plaintiff,<br><br> v.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP, et al.,<br><br>     Defendants. | CASE NO. C22-0265JLR<br><br>ORDER APPOINTING COUNSEL |

   The court has been informed that Justo González of Stokes Lawrence, P.S., has agreed to accept a limited appointment as pro bono counsel for Plaintiff Michelle Lynn Burnell. Accordingly, the court GRANTS Ms. Burnell's motion for appointment of counsel (Dkt. # 60) and appoints Mr. González as counsel for Ms. Burnell pursuant to this district's plan for court-appointed pro bono representation of civil rights litigants. *See* General Order No. 16-20 (Dec. 8, 2020) (the "Plan"). Mr. González's contact information is:

ORDER - 1

| | |
|---|---|
| 1 | Justo González |
| | Stokes Lawrence, P.S. |
| 2 | 1420 Fifth Avenue, Suite 3000 |
| | Seattle, WA 98101 |
| 3 | (206) 626-6000 |
| | justo.gonzalez@stokeslaw.com |

In accordance with the court's November 7, 2023 order, Mr. González is appointed as counsel "for the limited purpose of preparing for and participating in alternative dispute resolution ["ADR"] pursuant to Local Rule 39.1 and [the Plan]." (11/7/23 Order (Dkt. # 73) (first citing Local Rules W.D. Wash. LCR 39.1; and then citing General Order No. 16-20).)  Mr. González is directed to file a Notice of Appearance by no later than **Thursday, November 30, 2023**.  If Mr. González is unable for a reason set forth in the Plan to assume this representation, he shall immediately file a motion for relief from appointment.  The court is unable to assure counsel of compensation from any source.

In light of this appointment, the court GRANTS Defendants' motion to set aside the remaining pretrial deadlines in this case (Dkt. # 74) and DENIES Defendants' motion to compel (Dkt. # 67) without prejudice.  The court VACATES the March 18, 2023 trial date and all pretrial deadlines that had not yet expired when Ms. Burnell filed her motion to appoint counsel on September 20, 2023.  (*See* Sched. Order (Dkt. # 49).)  The court DIRECTS Mr. González and counsel for Defendants to (1) meet and confer regarding the steps necessary for the parties to prepare for ADR, and (2) file a joint statement that includes an agreed proposed schedule for preparing for and conducting ADR.  Counsel

ORDER - 2

shall file this joint statement by no later than **January 5, 2024**.  The court will consider resetting the trial date and pretrial deadlines after the parties complete ADR.

The Clerk is directed to send a copy of this order to Ms. Burnell and to Mr. González.

Dated this 22nd day of November, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 3