


UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL, *pro se*<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP, (*a foreign limited liability partnership*); and HEATHER M. JENSEN, WSBA #29635 (*individual capacity; 42 U.S.C §1983*); and to ANNEMARIE MCDOWELL, WSBA#50470 (*individual capacity; 42 U.S.C §1983*).<br><br>Defendant(s). | No. 2:22-cv-00265-JLR<br><br>STATEMENT REGARDING TRIAL READINESS |

    Defendant Lewis Brisbois Bisgaard & Smith LLP, Heather Jensen, and AnneMarie McDowell (collectively "Defendants") hereby submit this trial readiness statement in response to the Court's Minute Order Dkt. # 80. Defendant will be ready for trial starting February 3, 2025 and has no conflicts at this time.

STATEMENT REGARDING TRIAL READINESS - 1
USDC WDWA 2:22-cv-00265-JLR

136287179.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

| | | |
|---|---|---|
| 1 | DATED: February 13, 2024. | LEWIS BRISBOIS BISGAARD & SMITH LLP |

*s/Benjamin J. Stone*
Benjamin J. Stone, WSBA #33436
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206) 436-2030 Fax
Benjamin.Stone@lewisbrisbois.com
Attorney for Defendants

STATEMENT REGARDING TRIAL READINESS - 2
USDC WDWA 2:22-cv-00265-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

136287179.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Michelle Lynn Burnell, Pro Se Plaintiff     michelleburnell@ymail.com

Dated: February 13, 2024 at Seattle, Washington.

*s/Tami L. Foster*
Tami L. Foster, Legal Secretary
Tami.Foster@lewisbrisbois.com

STATEMENT REGARDING TRIAL READINESS - 3
USDC WDWA 2:22-cv-00265-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

136287179.1