UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL, *pro se* | CASE NO. 2:22-cv-00265-JLR |
| Plaintiff, | PLAINTIFF'S STATEMENT OF TRIAL READINESS |
| v. | |
| LEWIS BRISBOIS BISGAARD & SMITH LLP, (a foreign limited liability partnership); and HEATHER M. JENSEN, MANAGING ATTORNEY, (in her individual capacity); and ANNE MARIE HOOVLER, PARTNER, (in her individual capacity). | |
| Defendant(s). | |

Plaintiff MICHELLE LYNN BURNELL, pro se ("Plaintiff") hereby submit this trial readiness statement in response to the Court's Minute Order Dkt. # 80. Plaintiff will be ready for trial starting February 3, 2025, and has no conflicts at this time.

DATED this 16th DAY of FEBRUARY 2024 at Tacoma, WA.

/s/Michelle Lynn Burnell
MICHELLE LYNN BURNELL,
Plaintiff, pro se

PLAINTIFF'S STATEMENT OF TRIAL READINESS
1