1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MICHELLE LYNN BURNELL, | CASE NO. C22-0265JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LEWIS BRISBOIS BISGAARD & SMITH LLP, et al., | |
| Defendants. | |

Before the court is Plaintiff Michelle Lynn Burnell's motion for leave to file an over-length brief in support of her forthcoming motion for summary judgment. (Mot. (Dkt. # 94).) Ms. Burnell "understand[s] that [she is] to apprise the Court and Defendants of the approximate page number of document [*sic*] that [she] will need to file over limit, but unfortunately, [she is] unable to clarify the amount of pages." (*Id*. at 2.) The court DENIES Ms. Burnell's motion for two reasons. First, Ms. Burnell recognizes that she must "apprise the Court" of the additional pages or words needed, but she has failed to do

ORDER - 1

1  so. (*Id.*)  Second, Ms. Burnell's motion is untimely.  Pursuant to this District's Local

2  Civil Rules, a motion seeking approval to file an over-length brief "shall be filed as soon

3  as possible but no later than three days before the underlying motion or brief is due."

4  Local Rules W.D. Wash. LCR 7(f)(1).  Ms. Burnell filed the present motion on

5  September 18, 2024—two days before the deadline for dispositive motions.  (*See* 8/26/24

6  Order (Dkt. # 92) at 5.)  Thus, the motion (Dkt. # 94) is DENIED.

7  Dated this 19th day of September, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2