UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL,<br><br>    Plaintiff,<br> v.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP, et al.,<br><br>    Defendants. | CASE NO. C22-0265JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Michelle Lynn Burnell's emergency motion for an extension of time to submit a "working copy" of her motion for summary judgment. (Emergency Mot. (Dkt. # 122) at 2; *see also* MSJ (Dkt. # 100).) The court excuses Ms. Burnell from any obligation to submit working copies of her summary judgment filings

MINUTE ORDER - 1

and of any other filings in this matter.  Therefore, Plaintiff's emergency motion for an extension of time (Dkt. # 122) is DENIED as moot.

Filed and entered this 21st day of October, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2