# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICHELLE LYNN BURNELL,<br><br>              Plaintiff,<br><br>v.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP, et al.,<br><br>              Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C22-0265JLR |

\_\_\_\_  **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff Michelle Lynn Burnell's Section 1983 claims are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), and summary judgment is GRANTED in favor of Defendants Lewis Brisbois Bisgaard & Smith LLP, Heather M. Jensen, and AnneMarie McDowell on all remaining claims.  (11/18/24 Order (Dkt. # 127); 7/11/22 Order (Dkt. # 40).)

//

//

//

Filed this 19th day of November, 2024.

                                RAVI SUBRAMANIAN
                                Clerk of Court

                                <u>s/ Ashleigh Drecktrah</u>
                                Deputy Clerk